Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>C. APARICIO CEMENT CONTRACTOR, INC., a California corporation,<br><br>Defendant. | Case No.: C12-4343 YGR<br><br>**PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Date:       Monday, December 17, 2012<br>Time:       2:00 p.m.<br>Location:  1301 Clay Street<br>                  Oakland, California<br>Courtroom: 5, 2nd Floor<br><br>Judge:  The Honorable Yvonne G. Rogers |

Plaintiffs hereby submit their Request to Vacate the Case Management Conference currently scheduled for Monday, December 17, 2012 at 2:00 p.m. in Courtroom 5.

1. A Complaint was filed in this action on August 17, 2012 for contributions due to the Trust Funds for work performed by the employees of Defendant C. Aparicio Cement Contractor, Inc.

2. A Judgment Pursuant to Stipulation ("Stipulation") has been recently executed to satisfy all amounts due, requiring Defendant to make monthly payments for a period of twelve (12) months, and to remain current in contributions through that time, until the Stipulation is satisfied in full.  The Stipulation was filed with the court earlier today.

3. The parties are waiting for the Court to approve, execute, and enter the Judgment. There is nothing else for the Court to consider relative to this matter; therefore Plaintiffs

-1-
**PROOF OF SERVICE**
**Case No.: C12-4343 YGR**

respectfully request that the Court vacate the current Case Management Conference scheduled for December 17, 2012.

4. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a case management conference statement, Plaintiffs will do so promptly.

Date:   December 3, 2012               SALTZMAN & JOHNSON
                                       LAW CORPORATION

                            By:   _____/s/_____
                                       Blake E. Williams
                                       Attorneys for Plaintiffs

**IT IS SO ORDERED**

The Case Management Conference currently scheduled for December 17, 2012 at 2:00 p.m. is hereby **VACATED**. All related deadlines are **VACATED** accordingly.

Date: December 10, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**