EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*

Recording requested by and return to:  Tel: (415) 882-7900
Blake E. Williams, Esq. (SBN: 233158)
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, CA 94104

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** U.S. District Court
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, California 94612
BRANCH NAME: Northern District of California

*FOR RECORDER'S USE ONLY*

PLAINTIFF: Operating Engineers Health & Welfare Trust Fund, et al.

DEFENDANT: C. Aparicio Cement Contractor, Inc.

**CASE NUMBER:** C12-4343 YGR

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**  [ ] Amended

*FOR COURT USE ONLY*

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address
   C. Aparicio Cement Contractor, Inc.
   506 Phelan Avenue
   San Jose, CA 95112

   b. Driver's license No. [last 4 digits] and state: N/A  [ ] Unknown
   c. Social security No. [last 4 digits]: FEIN: 94-1724985  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* Steve Ferarri
   506 Phelan Avenue, San Jose, CA 95112

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Operating Engineers Health & Welfare Trust Fund
   c/o Blake E. Williams, Esq., Saltzman & Johnson Law Corp.
   44 Montgomery St, #2110, San Francisco, CA 94104

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: December 11, 2012
Blake E. Williams, Esq.
(TYPE OR PRINT NAME)
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $44,623.45 + 10% p/d interest per Judgment entered 12/10/12
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* December 10, 2012
   b. Renewal entered on *(date):*
9. [X] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
DEC 1 2 2012

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by  JESSIE MOSLEY , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]
Martin Dean's ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: | Operating Engineers' Health & Welfare Trust Fund | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | C. Aparicio Cement Contractor, Inc. | C12-4343 YGR |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.                    Name and last known address

Carolyn Aparicio
506 Phelan Avenue
San Jose, CA 95112

Driver's license no. [last 4 digits]
and state:                                          ☒ Unknown
Social security no. [last 4 digits]                 ☒ Unknown
Summons was personally served at or mailed to *(address):*
506 Phelan Avenue
San Jose, CA 95112

17.                    Name and last known address

Driver's license no. [last 4 digits]
and state:                                          ☐ Unknown
Social security no. [last 4 digits]                 ☐ Unknown
Summons was personally served at or mailed to *(address):*

18.                    Name and last known address

Driver's license no. [last 4 digits]
and state:                                          ☐ Unknown
Social security no. [last 4 digits]:                ☐ Unknown
Summons was personally served at or mailed to *(address):*

19.                    Name and last known address

Driver's license no. [last 4 digits]
and state:                                          ☐ Unknown
Social security no. [last 4 digits]:                ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]

Martin Dean's
ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 2 of 2